JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey corporation; PRUDENTIAL REAL ESTATE AFFILIATES, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>VONMATT PARTNERS, INC., an Iowa corporation; MICHAEL C. VON HOLLEN, an individual; HERBERT C. VON HOLLEN, an individual; and Does 1 through 10, inclusive,<br><br>                    Defendants. | Case No. SACV 11-00974 DOC (RNBx)<br>Hon. David O. Carter<br>Hon. Magistrate Judge Robert N. Block<br>Courtroom 9D<br><br>**Judgment** |

Plaintiff Prudential Real Estate Affiliates, Inc.'s ("PREA") Motion for Default Judgment against defendants VonMatt Partners, Inc., Michael C. Von Hollen, and Herbert C. Von Hollen (collectively "Defendants") came on for hearing on October 27, 2011.  Plaintiff appeared through its counsel Patrick W. Kelly; Defendants did not appear.

After full consideration of the evidence and arguments set forth in the papers submitted and at the hearing, good cause appearing, and pursuant to the Court's Tentative Order dated October 27, 2011 (adopted by the Court at the hearing with minor modification and interest updated through October 27, 2011) and pursuant to Rules 55(a) and (b) of the Federal Rules of Civil Procedure and Rules 55-1, 55-2, and 55-3 of the Central District of California Local Rules, the Court hereby enters judgment in favor of Prudential Real Estate Affiliates, Inc. and against VonMatt Partners, Inc., Michael C. Von Hollen, and Herbert C. Von Hollen as follows:

The Court awards damages in the amount of $392,918.03 (consisting of $366,362.25 in principal and $26,555.78 in interest as of October 27, 2011).  The Court authorizes recovery of attorneys' fees in the amount of $11,433.77 and costs in the amount of $1,705.96, as well as post-judgment interest from the date of entry until paid.

Dated: November 1, 2011

*/s/ David O. Carter*

The Honorable David O. Carter
United States District Court Judge